## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Khadija Ahmed**

  v.             Case No. 26-cv-310-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

### ORDER

 Khadija Ahmed filed the instant petition for a writ of habeas corpus on April 21, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Ahmed's petition to the extent of affording her a bond hearing under 8 U.S.C. § 1226(a), based both on her apparent membership in the class certified in Guerrero Orellana v. Moniz and her similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2 (citing 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025) and 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

 In response, the government has requested that the Court conditionally grant Ahmed's petition to the extent of ordering the government to provide her with a bond hearing. Doc. 5. Because the parties apparently agree that

Ahmed is entitled at least to a bond hearing, I grant Ahmed's petition and the government's motion to that extent.

The government is hereby ordered to afford Ahmed a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Ahmed's release during the pendency of her removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

April 30, 2026

cc:    Counsel of Record

2