# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Khadija Ahmed**

     v.                                    Case No. 26-cv-310-PB-AJ

**Christopher Brackett, Superintendent**
**Strafford County Department of**
**Corrections, et al.**

## ORDER

After the government notified the Court that Khadija Ahmed received the bond hearing she sought on May 5, 2026, <u>see</u> Doc. 8, I ordered Ahmed to show cause within seven days why her petition should not be dismissed. Doc. 9. Ahmed has not responded to that order to date, so her petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro

Paul J. Barbadoro
United States District Judge

May 21, 2026

cc:    Counsel of Record